# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSEPH FARMER**                                                                 **PLAINTIFF**

**V.**                    **CASE NO.: 1:16CV00070-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Joseph Farmer and against the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED this 28th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE